STANLEY DROZDOWSKI *vs.* WASHINGTON CENTER FOR ADDICTIONS. December 27, 1974. The order denying the petition to vacate judgment must be affirmed for the reasons stated in *Mergupis* v. *Hackett,*

331 Mass. 759 (1954).    See also *Sessler* v. *O'Donnell,* 346 Mass. 778 (1964).

*Order denying petition affirmed.*

*Stanley Drozdowski,* pro se.
*David M. Lipton* for the defendant.